



*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

August 10, 2017

**BY ECF & EMAIL (Torres_NYSDChambers@nysd.uscourts.gov)**

Honorable Analisa Torres
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:   *Lonnette Greene v. Ben Carson; Deshler Apartment Associates, L.P.*, 14-cv-03676 (AT)

Dear Judge Torres:

      This Office represents defendant Ben Carson, in his official capacity as Secretary of Housing & Urban Development ("HUD"), in the above-referenced matter. On July 10, 2017, Your Honor issued an Order remanding the matter to HUD for consideration of plaintiff Lonnette Greene's ("Plaintiff") claim to a Section 8 subsidy. *See* Dkt. No. 114. In addition, the Court ordered the parties to submit a status report by today, and every 60 days thereafter. *See id.* On behalf of the parties, HUD respectfully submits this letter as a status report to the Court.

      Under Federal Rule of Appellate Procedure 4(a)(1)(B), the government has 60 days from the date of judgment, or until September 8, 2017, in which to file a notice of appeal. The authority to authorize an appeal rests solely with the Solicitor General. *See* 28 C.F.R. § 0.20(b). The government is currently in the process of determining whether to appeal the Court's order. Such an appeal, if authorized and pursued, could result in the modification or elimination of HUD's obligations to take further administration action as directed by this Court's ruling. Accordingly, to date, HUD has not undertaken any review of Plaintiff's claim to a Section 8 subsidy.

      We thank the Court for its consideration of this submission.

      Respectfully submitted,

      JOON H. KIM
      Acting United States Attorney for the
      Southern District of New York

By:  s/ Natasha W. Teleanu
      NATASHA W. TELEANU
      Assistant United States Attorney
      Telephone 212-637-2528
      Facsimile  212-637-2786
      E-mail:   natasha.teleanu@usdoj.gov

cc: All Counsel (via ECF and email)